United States District Court
Southern District of Texas
**ENTERED**
April 08, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| STRONG STRUCTURAL STEEL, LTD, *et al*, | § § § |
| Plaintiffs, | § § |
| VS. | §  CIVIL ACTION NO. 7:18-CV-371 |
| | § § |
| NAUTILUS INSURANCE COMPANY, | § § |
| Defendant. | § § |

## ORDER OF DISMISSAL

Now before the Court is the Joint Stipulation of Dismissal. (Dkt. No. 11). Having considered the Stipulation, the Court hereby **ORDERS** that all claims against the Defendant in this action be **DISMISSED WITH PREJUDICE.**

This is the final judgment of the Court.

SO ORDERED this 8th day of April, 2019, at McAllen, Texas.

_____
Randy Crane
United States District Judge